UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Delores Lee | ) | |
| Plaintiff | ) | |
| | ) | CIVIL ACTION NO. 3:18-cv-01423 |
| v. | ) | |
| | ) | |
| AMICA MUTUAL INS. CO. | ) | |
| Defendant. | ) | |

## **NOTICE OF REMOVAL**

Defendant, Amica Mutual Insurance Company, hereby removes this action to this Court pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, and says:

1.      On July 23, 2018, Plaintiff Delores Lee commenced this civil action in the Connecticut Superior Court, Judicial District of Ansonia/Milford, entitled *Delores Lee vs. Amica Mutual Insurance Company* (the "Superior Court Action") with a return date of August 28, 2018. Attached hereto are true copies of the summons and complaint. (**Exhibit A**).

2.      A copy of the summons and complaint was served on Defendant on July 24, 2018. (See Return of Service, **Exhibit B**). Defendant files its Notice of Removal within 30 days of its agent's receipt of the summons, complaint and return of service and within 30 days of the date on which the Superior Court Action became removable.

3.      The ground for removal is the original jurisdiction afforded this Court 'under 28 U.S.C. §1332(a) (complete diversity).

4.      The Superior Court Action is a civil action over which this Court has original jurisdiction pursuant to 28 U.S.C. §1332. The Superior Court Action is

1308629,1

removable to the United States District Court pursuant to 28 U.S.C. § 1441(a). There is complete diversity between the parties. The Plaintiff resides in Oxford, Connecticut. Amica Mutual Insurance Company is a Rhode Island Corporation with its principal place of business in Lincoln, Rhode Island. Therefore, diversity of citizenship exists and supports removal under 28 U.S.C. §1332.

5.     The instant matter was originally commenced in the Superior Court of the State of Connecticut, Judicial District of Ansonia/Milford. The United States District Court for the District of Connecticut is the district embracing the Superior Court of the State of Connecticut, Judicial District of Ansonia/Milford. Therefore, this is the appropriate court for removal, pursuant to 28 U.S.C. §§1441(a) and 1446(a).

6.     From the allegations in the Complaint, there is a reasonable probability that Plaintiff seeks damages in excess of $75,000. The Plaintiff seeks insurance coverage for alleged damage to her residential premises in Oxford, CT located at 586 Oxford, CT as a result of a house fire, and has asserted a claim for breach of contract. The Plaintiff alleges that on or about July 29, 2016 she "reported a claim for damages to her residential premises in Oxford, Connecticut at the 586 Oxford Road portion of her home address stated above, asserting that she suffered a loss due to fire damage that had substantially damaged the aforesaid premises as well as some of her personal property on or about July 29, 2016." *See* **Exhibit A**, Complaint, ¶4. The Plaintiff further alleges that, Amica denied coverage of the aforesaid claim "despite full compliance and cooperation by plaintiff with the provisions of her policy". See *Id.* at ¶5.; The Plaintiff also alleges that Amica breached its insurance agreement and that "such breach has

caused the plaintiff substantial loss and damage, both actual and consequential, for which full recovery is now sought by her." *See Id. at* ¶7. Accordingly, there is a reasonable probability that the amount in controversy exceeds $75,000.

7.    Plaintiffs' claims are not nonremoveable claims as described in 28 U.S.C. §1445.

8.    Promptly after the filing of this Notice of Removal, Defendant Amica Mutual Insurance Company will file a copy of this Notice of Removal with the Superior Court and give written notice thereof to the Plaintiff through her counsel of record.

Based on the foregoing, the Defendant, Amica Mutual Insurance Company, removes this action to the United States District Court for the District of Connecticut.

For the Defendant,
Amica Mutual Insurance Company,
By its Attorney,

*/s/ Anthony J. Antonellis*
_____
Anthony J. Antonellis, #29323
Sloane & Walsh, LLP
One Center Plaza, 8th Floor
Boston, Massachusetts 02108
Tel:   617-523-6010
Fax:   617-227-0927
Email: AAntonellis@sloanewalsh.com

Date:  August 21, 2018

1308629,1

<u>CERTIFICATE OF SERVICE</u>

I, Anthony J. Antonellis, Esq., do hereby certify that on this 21st day of August, 2018, I caused the foregoing document to be filed via the ECF filing system copies of which will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent via email to those indicated as non-registered participants. I have also served a copy of the foregoing document via first class mail and email to the following:

Plaintiff's Counsel:

David C. Pite Esq. (Pite@Snet.net
Pite Law Office LLC
1948 Chapel Street
New Haven, CT 06515
(203) 782-0503
Fax (203)776-3705
JURIS NO.: 415229

                                        /s/ Anthony J. Antonellis
                                        Anthony J. Antonellis

1308629,1